◎AO 440 (Rev. 8/01) Summons in a Civil Action     JUDGE CASTEL

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Victor Molina, Individually and on Behalf of All
Other Persons Similarly Situated

V.

The Union League Club, New York City and John
Does #1-10, Jointly and Severally

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 5271

TO: (Name and address of Defendant)

The Union League Club, New York City, 38 East 37th Street, New York,
New York, 10016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gottlieb & Associates, 150 East 18th Street, Suite PHR, New York, New
York, 10003

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    JUN 09 2008

%AO 440 (Rev. 8/01) Summons in a Civil Action

The Union League Club

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/17/2008  1229 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Curtis Warren | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Union League Club 38 East 37th NYNY 10016
Karen Donnelly F/Wht/Bnde/34/5'9"/125Lbs

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/17/2008      C Warren
                Date              Signature of Server

c/o M Server LLC 173 N Main #375 Sayville NY 11782
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.