UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

VICTOR MOLINA, Individually and on Behalf of All Other Persons Similarly Situated,

                Plaintiffs,

– against –

THE UNION LEAGUE CLUB, NEW YORK CITY, AND JOHN DOES #1-10, Jointly and Severally,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No.: 08-Civ-5271(PKC)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        PLEASE TAKE NOTICE that Traycee Ellen Klein of Epstein, Becker Green P.C. enters an appearance as counsel in this case for Defendant THE UNION LEAGUE CLUB. Please direct all papers, electronic notifications, and communications related to this action accordingly.

Dated: New York, New York
       July 11, 2008

EPSTEIN BECKER & GREEN, P.C.

By:    /s/ Traycee Ellen Klein
     Traycee Ellen Klein, Esq.
     250 Park Avenue
     New York, New York 10177-1211
     Telephone: (212) 351-4500
     Facsimile: (212) 661-0989
     E-Mail: tklein@ebglaw.com
     *Attorneys for Defendant*
     *The Union League Club*

NY:2734687v1