```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
VICTOR MOLINA, Individually and on Behalf of All
Other Persons Similarly Situated,

                       Plaintiffs,

          - against -

THE UNION LEAGUE CLUB, NEW YORK CITY,
AND JOHN DOES #1-10, Jointly and Severally,

                       Defendants.
---------------------------------------------------------------- x

Index No.: 08-Civ-5271(PKC)

**STIPULATION OF
EXTENSION OF TIME**

     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that Defendant's time to answer or otherwise respond to the Complaint in this matter shall be extended through and including August 15, 2008; and

     IT IS HEREBY FURTHER STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, if an Order granting conditional certification is granted that the applicable statute of limitations for purposes of 29 U.S.C. §§ 255 and 256(b) shall be tolled by thirty (30) days.

Dated: New York, New York
        July 9, 2008

GOTTLIEB & ASSOCIATES

By: _____
    Jeffrey M. Gottlieb
150 East 18th Street, Suite PHR
New York, NY 10003
(212) 228-9795
*Attorneys for Plaintiff
Victor Molina*

EPSTEIN, BECKER & GREEN, P.C.

By: _____
    Traycee Ellen Klein
250 Park Avenue
New York, NY 10177-1211
(212) 351-4812
*Attorneys for Defendant
The Union League Club*

SO ORDERED:

_____
The Honorable P. Kevin Castel
United States District Judge

7-14-08

NY:2731305v1