(Castody)

Gottlieb & Associates
Jeffrey M. Gottlieb, Esq. (JG-7905)
Dana L. Gottlieb, Esq. (DG-6151)
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 228-9795
Attorneys for Plaintiff

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 8/1/08 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

VICTOR MOLINA,
Individually, and on Behalf of All Other Persons Similarly
Situated,

                Plaintiffs,

        -against-

THE UNION LEAGUE CLUB, NEW YORK CITY
AND JOHN DOES #1-10, Jointly and Severally

                Defendants.

-------------------------------------------------------------x

Index No.: 08cv05271 (PKC)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

    Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the Summons and Complaint in the above-captioned action without prejudice. This Notice of Dismissal is made without attorney fees, costs or any other fees to any party.

Dated: July 29, 2008

GOTTLIEB & ASSOCIATES

By: _____
Jeffrey M. Gottlieb, Esq. (JG-7905)
Dana L. Gottlieb (DG-6151)
Attorneys for Plaintiff
150 East 18th Street
Suite PHR
New York, New York 10003
Tel:(212)228-9795

SO ORDERED: 7/31/08

_____
USDJ CASTEL  HOLWELL
Part I